**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

**United States of America**

    **v.**                                                    Case No. 09-cr-48-PB

**Kelli Ludwick**

**O R D E R**

The defendant, through counsel, has moved to continue the trial scheduled for May 5, 2009, citing the need for additional time to complete discovery and prepare a defense.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from May 5, 2009 to August 18, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on July 27, 2009 at 3:45 p.m.

SO ORDERED.

                                        /s/Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

April 29, 2009

cc:  Jonathan Saxe, Esq.
     Helen Fitzgibbon, AUSA
     United States Probation
     United States Marshal